F I L E D
CLERK, U.S. DISTRICT COURT
11/02/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MOUNDIR KAMIL,<br>JORDAN ADAMS, and<br>JENNIFER PRUNEDA,<br><br>　　　　Defendants. | CR No. 2:23-cr-00532-FMO<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344(2): Bank Fraud and Attempted Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 982: Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

A.　INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.　Defendants MOUNDIR KAMIL, JORDAN ADAMS, and JENNIFER PRUNEDA resided in Los Angeles County, within the Central District of California.

2.　Citibank, N.A., American Express National Bank ("American Express"), Bank of America, N.A., Wells Fargo Bank, N.A. ("Wells

Fargo"), and JPMorgan Chase Bank, N.A. (collectively, the "victim financial institutions") were financial institutions insured by the Federal Deposit Insurance Corporation.

B. <u>OBJECT OF THE CONSPIRACY</u>

3. Beginning no later than in or around April 2021, and continuing until at least in or around December 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendants MOUNDIR KAMIL, JORDAN ADAMS, and JENNIFER PRUNEDA knowingly conspired with one another, and with others known and unknown to the Grand Jury, to commit bank fraud, in violation of Title 18, United States Code, Section 1344(2).

C. <u>MANNER AND MEANS OF THE CONSPIRACY</u>

4. The object of the conspiracy was carried out, and was to be carried out, in substance, as follows:

    a. Defendants KAMIL and ADAMS would burglarize vehicles to steal credit cards, debit cards, identification documents, cellular phones, and personal identifying information belonging to various victims, including victims M.T., R.B., W.F., S.M., and D.D. (collectively, the "identity theft victims").

    b. Defendants KAMIL and ADAMS would transfer or cause the transfer of stolen credit and debit cards belonging to the identity theft victims to other co-conspirators.

    c. Defendants KAMIL and ADAMS would message other co-conspirators about the fraudulent scheme.

    d. Defendants KAMIL and PRUNEDA, and other co-conspirators, would use the stolen credit and debit cards belonging to the identity theft victims to make fraudulent purchases, including purchasing luxury items and expensive electronics.

5. Through this conspiracy, defendants KAMIL, ADAMS, and PRUNEDA, and other co-conspirators, made at least $850,000 in fraudulent charges to identity theft victims' credit and debit cards.

D.   OVERT ACTS

6. On or about the following dates, in furtherance of the conspiracy, and to accomplish its object, defendants KAMIL, ADAMS, and PRUNEDA, together with others known and unknown to the Grand Jury, committed the following overt acts, among others, within the Central District of California, and elsewhere:

Overt Act No. 1:   On April 7, 2021, after defendants ADAMS and KAMIL traveled to San Diego County to burglarize vehicles, defendant ADAMS burglarized victim M.T.'s car, stole M.T.'s credit cards, and then transferred the stolen cards to another co-conspirator.

Overt Act No. 2:   On April 7, 2021, one or more co-conspirators used the credit cards that defendant ADAMS stole from victim M.T. to make fraudulent charges in Southern California.

Overt Act No. 3:   On November 22, 2022, defendant ADAMS burglarized victim R.B.'s car in Pacific Palisades, California, stole R.B.'s credit cards, and saved pictures of R.B.'s credit cards on his phone.

Overt Act No. 4:   On November 22, 2022, defendant ADAMS or a co-conspirator burglarized victim W.F.'s vehicle in Malibu, California, and stole W.F.'s wallet, including W.F.'s American Express credit card ending in -7001.

Overt Act No. 5:   On November 22, 2022, defendant ADAMS saved pictures of victim W.F.'s credit cards on his phone, including W.F.'s American Express credit card ending in -7001.

<u>Overt Act No. 6</u>:   On November 22, 2022, defendant PRUNEDA used victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $3,586.13 at a Nordstrom store in Century City, California.

<u>Overt Act No. 7</u>:   On November 22, 2022, defendant PRUNEDA used victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $5,381.93 at a Nordstrom store in Century City, California.

<u>Overt Act No. 8</u>:   On November 22, 2022, defendant PRUNEDA used victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $8,573.85 at a Nordstrom store in Century City, California.

<u>Overt Act No. 9</u>:   On November 22, 2022, defendant PRUNEDA used victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $8,014.31 at a Nordstrom store in Los Angeles, California.

<u>Overt Act No. 10</u>:   On November 22, 2022, defendant PRUNEDA used victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $5,080.80 at a Nordstrom store in Los Angeles, California.

<u>Overt Act No. 11</u>:   On November 22, 2022, defendant PRUNEDA used victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $5,422.44 at a Nordstrom store in Los Angeles, California.

<u>Overt Act No. 12</u>:   On November 22, 2022, defendant PRUNEDA used victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $8,431.50 at a Nordstrom store in Los Angeles, California.

Overt Act No. 13: On December 9, 2022, defendant KAMIL, defendant ADAMS, or a co-conspirator, burglarized victim S.M.'s vehicle in Manhattan Beach, California and stole victim S.M.'s credit cards, including victim S.M.'s American Express credit cards ending in -1003 and -3007.

Overt Act No. 14: On December 9, 2022, defendant ADAMS saved photographs on his phone depicting victim S.M.'s American Express credit cards ending in -3007 and -1003.

Overt Act No. 15: On December 9, 2022, defendant KAMIL saved a photograph on his phone depicting victim S.M.'s American Express credit card ending in -3007.

Overt Act No. 16: On December 9, 2022, a co-conspirator used victim S.M.'s American Express credit card ending in -1003 to make a fraudulent purchase in the amount of $4,329.63 at a Nordstrom store in Century City, California.

Overt Act No. 17: On December 9, 2022, a co-conspirator used victim S.M.'s American Express credit card ending in -3007 to make a fraudulent purchase in the amount of $4,995.39 at a Nordstrom store in Century City, California.

Overt Act No. 18: On December 9, 2022, defendant PRUNEDA used victim S.M.'s American Express credit card ending in -3007 to attempt to make a fraudulent purchase in the amount of $4,902.32 at a Nordstrom store in Century City, California.

Overt Act No. 19: On December 13, 2022, defendants KAMIL and ADAMS burglarized victim D.D.'s car in Manhattan Beach, California, and stole victim D.D.'s credit cards, including victim D.D.'s Bank of America credit cards ending in -9904.

5

Overt Act No. 20:  On December 13, 2022, one or more co-conspirators used victim D.D.'s Bank of America credit card ending in -9904 to make fraudulent charges at a Macy's in Century City, California.

Overt Act No. 21:  On December 19, 2022, in a text message responding to a co-conspirator stating, "I'm in Apple right now ... ima use the white card first," defendant KAMIL wrote, "It's $9900" and "Use the chase also."

Overt Act No. 22:  On December 19, 2022, defendant KAMIL directed a co-conspirator about using stolen credit cards, stating, "Try hitting louis v" and "Did you go to Bloomingdale's[?]"

Overt Act No. 23:  On December 20, 2022, defendant KAMIL possessed on his phone pictures of hundreds of stolen credit and debit cards belonging to the identity theft victims.

Overt Act No. 24:  On December 20, 2022, defendant ADAMS possessed on his phone pictures of hundreds of stolen credit and debit cards belonging to the identity theft victims.

## COUNTS TWO THROUGH ELEVEN

[18 U.S.C. §§ 1344(2), 2(a)]

[ALL DEFENDANTS]

7. The Grand Jury realleges paragraphs 1, 2, 4 and 5 of this Indictment here.

A. THE SCHEME TO DEFRAUD

8. Beginning on a date unknown to the Grand Jury, but no later than in or around April 2021, and continuing until at least in or around December 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendants MOUNDIR KAMIL, JORDAN ADAMS, and JENNIFER PRUNEDA, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with intent to defraud, devised, participated in, and executed and attempted to execute a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of federally insured financial institutions by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

9. The fraudulent scheme was carried out, in substance, as described in paragraphs 4 and 5 of this Indictment.

B. EXECUTIONS AND ATTEMPTED EXECUTIONS OF THE SCHEME

10. On or about the dates set forth below, in Los Angeles County and Orange County, within the Central District of California, and elsewhere, defendants KAMIL, ADAMS, and PRUNEDA, together with others known and unknown to the Grand Jury, each aiding and abetting

//
//
//

each other, committed an act which constituted an execution or attempted execution of the fraudulent scheme:

| COUNT | DATE | DEFENDANTS | ACT |
|---|---|---|---|
| TWO | 11/22/22 | KAMIL, ADAMS, and PRUNEDA | Execution: Use of victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $3,586.13 at a Nordstrom store in Century City, California. |
| THREE | 11/22/22 | KAMIL, ADAMS, and PRUNEDA | Execution: Use of victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $5,381.93 at a Nordstrom store in Century City, California. |
| FOUR | 11/22/22 | KAMIL, ADAMS, and PRUNEDA | Execution: Use of victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $8,573.85 at a Nordstrom store in Century City, California. |
| FIVE | 11/22/22 | KAMIL, ADAMS, and PRUNEDA | Execution: Use of victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $8,014.31 at a Nordstrom store in Los Angeles, California. |
| SIX | 11/22/22 | KAMIL, ADAMS, and PRUNEDA | Execution: Use of victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $5,080.80 at a Nordstrom store in Los Angeles, California. |

| COUNT | DATE | DEFENDANTS | ACT |
|---|---|---|---|
| SEVEN | 11/22/22 | KAMIL, ADAMS, and PRUNEDA | Execution: Use of victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $5,422.44 at a Nordstrom store in Los Angeles, California. |
| EIGHT | 11/22/22 | KAMIL, ADAMS, and PRUNEDA | Execution: Use of victim W.F.'s American Express credit card ending in -7001 to make a fraudulent purchase in the amount of $8,431.50 at a Nordstrom store in Los Angeles, California. |
| NINE | 12/09/22 | KAMIL and ADAMS | Execution: Use of victim S.M.'s American Express credit card ending in -1003 to make a fraudulent purchase in the amount of $4,329.63 at a Nordstrom store in Century City, California. |
| TEN | 12/09/22 | KAMIL and ADAMS | Execution: Use of victim S.M.'s American Express credit card ending in -3007 to make a fraudulent purchase in the amount of $4,995.39 at a Nordstrom store in Century City, California. |
| ELEVEN | 12/09/22 | KAMIL, ADAMS, and PRUNEDA | Attempted Execution: Use of victim S.M.'s American Express credit card ending in -3007 to attempt to make a fraudulent purchase in the amount of $4,902.32 at a Nordstrom store in Century City, California. |

COUNT TWELVE

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[ALL DEFENDANTS]

On or about December 9, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendants MOUNDIR KAMIL, JORDAN ADAMS, and JENNIFER PRUNEDA, each aiding and abetting each other, knowingly transferred, possessed, and used, without lawful authority, means of identification that defendants KAMIL, ADAMS, and PRUNEDA knew belonged to another person, namely, the name and credit card account number belonging to victim S.M., during and in relation to the offense of Attempted Bank Fraud, a felony violation Title 18, United States Code, Section 1344(2), as charged in Count Eleven of this Indictment.

FORFEITURE ALLEGATION

[18 U.S.C. § 982]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Eleven of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

　　a. All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense, including but not limited to the following:

　　　　i. $205,000.00 in U.S. Currency seized on December 23, 2022;

　　　　ii. One black and white watch with a silver stainless steel bracelet bearing the word Rolex on the watch face with S/N: F87872624 seized on December 23, 2022;

　　　　iii. One black and gold in color watch with a checkered watch face bearing the words Hublot Geneve / Swiss Made on the watch face seized on December 23, 2022; and

　　　　iv. One black and silver in color watch bearing the words Breitling 1884 / for Bentley / Swiss Made on the watch face seized on December 23, 2022.

　　b. To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

11

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

DEREK R. FLORES
Assistant United States Attorney
General Crimes Section